## BOUTWELL v. BOUTWELL

No. 142P90

Case below: 97 N.C.App. 332

Petition by defendant for writ of supersedeas denied 13 June 1990. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 13 June 1990.

## BREININGER v. MACKO

No. 174P90

Case below: 97 N.C.App. 665

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## BROWNING-FERRIS INDUSTRIES v. LOWE'S OF GREENSBORO

No. 176P90

Case below: 97 N.C.App. 508

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## FOUR COUNTY ELECTRIC MEMBERSHIP CORP. v. POWERS

No. 50P90

Case below: 96 N.C.App. 417

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 13 June 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## GORDON v. NORTHWEST AUTO AUCTION

No. 63A90

Case below: 97 N.C.App. 88

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 13 June 1990.